# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT IP,<br><br>                      Plaintiff,<br><br>    v.<br><br>MYLAN LABORATORIES LTD. and<br>AGILA SPECIALTIES INC.,<br><br>                      Defendants. | C.A. No. 16-1115-LPS |

**DEFENDANTS MYLAN LABORATORIES LTD. AND AGILA SPECIALTIES INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Mylan Laboratories Limited and Agila Specialties Inc. state as follows:

1. Mylan Laboratories Limited is a wholly owned subsidiary of Mylan Inc.

2. Agila Specialties Inc. is a wholly owned subsidiary of Mylan Inc.

3. Mylan Inc. is indirectly wholly owned by Mylan N.V., a publicly held company.

4. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

Dated: December 28, 2016  **PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL P.A.**

/s/ John C. Philips, Jr.

Deepro R. Mukerjee
Lance A. Soderstrom
Stephanie M. Roberts
**ALSTON & BIRD LLP**
90 Park Avenue
15th Floor
New York, NY 10016
Tel: (212) 210-9400
Deepro.mukerjee@alston.com
Lance.soderstrom@alston.com
Stephanie.roberts@alston.com

Joseph M. Janusz
**ALSTON & BIRD LLP**
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Ph: 704-444-1000
Fax: 704-444-1111
joe.janusz@alston.com

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants Mylan Laboratories Ltd. and Agila Specialties Inc.*